# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN MARIER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, CREDIT ONE BANK, N.A. and CREDIT CORP SOLUTIONS, INC.,<br><br>　　　　　　Defendants. | Case No.: 2:25-CV-02385-DJC-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Current response date: September 15, 2025<br>New response date: October 15, 2025 |

The Court having reviewed the Stipulation to Extend Time to Respond to Plaintiff's Initial Complaint, jointly submitted by Defendant Credit Corp Solutions, Inc. and Plaintiff Megan Marier, and good cause appearing, hereby **GRANTS** the stipulation. Credit Corp Solutions, Inc.'s response to Plaintiff's Initial Complaint is due on or before October 15, 2025.

**IT IS SO ORDERED.**

Dated:  September 15, 2025　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE