Joe Angelo (Bar # 268542)
joe@galeangelojohnson.com
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Megan Marier

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| Megan Marier | Case No.: 2:25-cv-02385-DJC-AC |
| Plaintiff, | |
| vs. | **ORDER** |
| Equifax Information Services, LLC et. al. Defendants. | |

## ORDER

Pursuant to the stipulation of the Parties, Equifax Information Services, LLC is dismissed without prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  April 7, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

ORDER